

U.S. Department of Justice

United States Attorney
Southern District of New York

RECEIVED
MAY 28 2008

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMO ENDORSED**

May 28, 2008

**VIA FACSIMILE**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-08

Re: **United States v. Bolaji Olaiya,**
08 Cr. 419 (WHP)

Dear Judge Pauley:

The parties were informed by Your Honor's Deputy today that the initial status conference in the above-captioned matter, originally scheduled for this Friday, May 30, 2008, at 2 p.m., had been adjourned to June 20, 2008, at 11:45 a.m. The Government respectfully submits this letter to request that time under the Speedy Trial Act be excluded from May 30, 2008, until June 20, 2008.

Bolaji Olaiya, the defendant, is charged in a one-count Indictment with engaging in a heroin conspiracy, in violation of Title 21, United States Code, Section 846, and was arraigned before Magistrate Judge Theodore H. Katz on May 14, 2008. At the defendant's arraignment, Magistrate Judge Katz excluded time under the Speedy Trial Act until May 30, 2008. Since then, the Government has produced discovery to the defense and remains engaged in active discussions with defense counsel about a possible disposition of this case. Accordingly, the Government respectfully requests that time under the Speedy Trial Act be excluded from May 30, 2008, to June 20, 2008. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the additional time will allow defense counsel to review the discovery materials the Government produced and for the parties to continue their discussions about a possible disposition of the case.

The Honorable William H. Pauley III
May 28, 2008
Page 2

        I spoke with defense counsel, Howard L. Jacobs, Esq., today, who specifically consented to this request.

        Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Chi T. Steve Kwok
Assistant United States Attorney
Tel: (212) 637-2415

cc:    Howard L. Jacobs (by fax)
       *Counsel for Bolaji Olaiya*

*[Handwritten:]* APPLICATION GRANTED. THE CONFERENCE IS ADJOURNED TO JUNE 20, 2008 AT 11:45 AM AND SO ORDERED: SPEEDY TRIAL TIME IS EXCLUDED UNTIL THEN IN THE IN THE INTERESTS OF JUSTICE.

*[Signed]* William H. Pauley III, U.S.D.J.
5-28-08

TOTAL P.03