UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

      -v-                          :     ORDER

BOLAJI OLAIYA,                    :     08 Cr. 419 (WHP)

          Defendant.            :
- - - - - - - - - - - - - - - - - -X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-11-08
```

      Upon the application of the United States of America, by and through Chi T. Steve Kwok, and with the consent of Bolaji Olaiya, the defendant, by and through his attorney Howard Jacobs, Esq., it is hereby ORDERED that the status conference in this case is continued from August 6, 2008, to August 12, 2008 AT 12:45 PM.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the parties to continue ongoing plea discussions and will permit the defendant and his counsel to continue reviewing the discovery material and determine whether the defendant wishes to make any motions. Accordingly, it is ORDERED that the time between August 6, 2008, and August 12, 2008, is hereby excluded under the Speedy

Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice.

Dated: New York, New York
       August 7, 2008

                                    /s/ William H. Pauley
                                    ─────────────────────────
                                    THE HONORABLE WILLIAM H. PAULEY
                                    UNITED STATES DISTRICT JUDGE